**No. 57700.**—Wah Chang Corp. et al. *v.* United States, protests 204083–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 57701.**—The Baltimore & Ohio Railroad Company *v.* United States, protest 184924–K (Baltimore).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57702.**—P. John Hanrahan, Inc. *v.* United States, protest 201328–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57703.**—United Sterling Corporation *v.* United States, protests 208211–K, etc. (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

**No. 57704.**—Hudson Shipping Company, Inc. *v.* United States, protest 208323–K (New York).

Opinion by JOHNSON, J. An examination of the papers disclosed that more than 60 days had elapsed after liquidation before the protest was filed. In view of the provisions of section 514, Tariff Act of 1930, the protest was dismissed.